# International Painters And Allied Trades Industry Pension Plan



## Rules and Regulations
as amended and restated as of January 1, 2003



| IUPAT INDUSTRY PENSION PLAN | PAGE i |
|---|---|

# TABLE OF CONTENTS

ARTICLE 1.   ESTABLISHMENT & CONSTRUCTION .................................................................. 1

    Section 1.01   Establishment of Plan and Name .................................................................. 1
    Section 1.02   Purpose .......................................................................................................... 1
    Section 1.03   Trustees .......................................................................................................... 1
    Section 1.04   Plan Effective Date ........................................................................................ 1
    Section 1.05   Amendment of Plan ....................................................................................... 2
    Section 1.06   Prohibited Amendments ................................................................................ 2
    Section 1.07   Merger or Transfer of Plan Assets ................................................................. 2
    Section 1.08   Termination of Plan ....................................................................................... 2
    Section 1.09   Termination Actions ...................................................................................... 3
    Section 1.10   Notices ........................................................................................................... 3
    Section 1.11   Unauthorized Representations ....................................................................... 3
    Section 1.12   Construction ................................................................................................... 3
    Section 1.13   Choice of Law ............................................................................................... 4
    Section 1.14   Severability .................................................................................................... 4

ARTICLE 2.   ADMINISTRATION .................................................................................................. 4

    Section 2.01   Powers Of Trustees ....................................................................................... 4
    Section 2.02   Duties and Powers of Plan Administrator ..................................................... 5
    Section 2.03   Discretion ....................................................................................................... 5
    Section 2.04   Consultants .................................................................................................... 5
    Section 2.05   Delegation and Allocation of Responsibility ................................................. 5
    Section 2.06   Reliance ......................................................................................................... 5
    Section 2.07   Limitation of Liability ................................................................................... 5
    Section 2.08   Indemnity ....................................................................................................... 6

ARTICLE 3.   PARTICIPATION ....................................................................................................... 6

    Section 3.01   Eligible Employees ....................................................................................... 6
    Section 3.02   Entry Date ...................................................................................................... 7
    Section 3.03   Termination of Participation .......................................................................... 7
    Section 3.04   Reinstatement of Participation ....................................................................... 7
    Section 3.05   Acceptance of a New Contributing Employer ............................................... 8
    Section 3.06   Acceptance of A New Affiliated Employer ................................................... 8
    Section 3.07   Additional Conditions ................................................................................... 9
    Section 3.08   Delinquent Employers ................................................................................... 9
    Section 3.09   Mergers ........................................................................................................ 10

ARTICLE 4.   VESTING ................................................................................................................. 10

    Section 4.01   Vested Participant ........................................................................................ 10
    Section 4.02   Service Vesting ........................................................................................... 10
    Section 4.03   Age Vesting ................................................................................................. 11
    Section 4.04   Termination Vesting .................................................................................... 11
    Section 4.05   Vesting Changes .......................................................................................... 11
    Section 4.06   Years of Vesting Service ............................................................................. 11
    Section 4.07   One-Year Break-in-Service ......................................................................... 12
    Section 4.08   Effect of One-Year Break ............................................................................ 12
    Section 4.09   Cure of One-Year Break .............................................................................. 12
    Section 4.10   Family and Medical Leave ........................................................................... 13
    Section 4.11   Qualified Military Service ........................................................................... 13
    Section 4.12   Permanent Break in Service ........................................................................ 14

- Section 4.13  Effect of Permanent Break .......................................................................... 14

ARTICLE 5.  ACCRUED PENSION BENEFIT CALCULATION ............................................ 15

- Section 5.01  Accrued Benefit ....................................................................................... 15
- Section 5.02  Pension Benefit for Service before the Contribution Period - Qualification ...... 16
- Section 5.03  Pension Benefit Credit for Service before the Contribution Period - Amount ... 17
- Section 5.05  Benefit Credit for Service during the Contribution Period ............................. 19
- Section 5.06  Maximum Contribution Rates .................................................................... 19
- Section 5.07  Extra Contributions .................................................................................. 20
- Section 5.08  Contribution Rate .................................................................................... 20
- Section 5.09  Contribution Rate Changes ....................................................................... 20
- Section 5.10  Benefit Break-In-Continuity ....................................................................... 21
- Section 5.11  New Groups ............................................................................................ 22
- Section 5.12  Reciprocal Pension Agreements ................................................................. 22
- Section 5.13  Merger Agreements .................................................................................. 23
- Section 5.14  Post-Retirement Benefit Increases ............................................................. 23

ARTICLE 6.  PENSION BENEFIT PAYMENT ....................................................................... 24

- Section 6.01  Normal Retirement Pension – Eligibility ..................................................... 24
- Section 6.02  Normal Retirement Age ............................................................................ 24
- Section 6.03  Normal Retirement Pension – Amount ....................................................... 24
- Section 6.04  Late Retirement Pension – Eligibility ......................................................... 25
- Section 6.05  Late Retirement Pension – Amount ........................................................... 25
- Section 6.06  Mandatory Payment of Benefits ................................................................. 25
- Section 6.07  Mandatory Payment - Amount ................................................................... 26
- Section 6.08  Special Early Retirement Pension - Eligibility .............................................. 27
- Section 6.09  Special Early Retirement Pension - Amount ................................................ 28
- Section 6.10  Early Retirement Pension —Eligibility ........................................................ 28
- Section 6.11  Early Retirement Pension - Amount ........................................................... 28
- Section 6.12  Disability Pension — Eligibility ................................................................... 29
- Section 6.13  Disability Pension - Amount ...................................................................... 30
- Section 6.14  Effect of Recovery by a Disabled Pensioner ................................................. 30
- Section 6.15  Early Vested Pension — Eligibility .............................................................. 31
- Section 6.16  Early Vested Pension - Amount ................................................................. 31
- Section 6.17  Partial Pension - Eligibility ........................................................................ 32
- Section 6.18  Partial Pension - Amount .......................................................................... 32
- Section 6.19  Partial Pension – Payment Forms ............................................................... 32
- Section 6.20  Non-Duplication of Pensions ..................................................................... 32
- Section 6.21  Taxes ..................................................................................................... 33

ARTICLE 7.  STANDARD PENSION PAYMENT FORMS ....................................................... 33

- Section 7.01  General Payment Restrictions ................................................................... 33
- Section 7.02  Commencement of Benefits Generally ....................................................... 33
- Section 7.03  Married Participants - General Rules .......................................................... 34
- Section 7.04  Single Participants - General Rules ............................................................ 34
- Section 7.05  Small Benefits .......................................................................................... 34
- Section 7.06  Husband-and-Wife Pension at Retirement — Standard Form of Benefit Payment for Married Participants ......................................................................... 35
- Section 7.07  Waiver of Husband-and-Wife Pension ........................................................ 35
- Section 7.08  Pre-retirement Surviving Spouse Pension ................................................... 37
- Section 7.09  Waiver of Pre-retirement Surviving Spouse Pension ..................................... 37
- Section 7.10  Pre-retirement Surviving Spouse Pension – Spouse Alternatives ................... 38
- Section 7.11  Qualified Domestic Relations Orders .......................................................... 39

| Section | Title | Page |
|---|---|---|
| Section 7.12 | Qualified Domestic Relations Order Procedures | 39 |
| Section 7.13 | Guaranteed Five-Year Pension (Unreduced Pension) — Standard Form of Benefit Payment for Unmarried Participants | 40 |
| Section 7.14 | Pre-Retirement Death Benefit - Eligibility | 40 |
| Section 7.15 | Post-Retirement Death Benefit – Amount | 41 |
| Section 7.16 | Beneficiary | 41 |
| Section 7.17 | Retirement and Suspension of Benefits Before Normal Retirement Age | 42 |
| Section 7.18 | Pensioner Reporting of Work Before Normal Retirement Age | 42 |
| Section 7.19 | Resumed Benefits Before Normal Retirement Age – Eligibility | 43 |
| Section 7.20 | Resumed Benefits Before Normal Retirement Age - Amount | 43 |
| Section 7.21 | Suspension of Benefits after Normal Retirement Age | 44 |
| Section 7.22 | Plan Disclosure of Suspension Rules | 45 |
| Section 7.23 | Pensioner Reporting of Work after Normal Retirement Age | 45 |
| Section 7.24 | Advance Determinations of Suspendible Work | 46 |
| Section 7.25 | Plan Notice of Suspension after Normal Retirement Age | 46 |
| Section 7.26 | Resumption of Benefit Payments after Normal Retirement Age - Eligibility | 46 |
| Section 7.27 | Resumption of Benefit Payments after Normal Retirement Age – Amount | 47 |
| Section 7.28 | Waiver of Suspension | 48 |
| Section 7.29 | Incompetence or Incapacity of a Pensioner or Beneficiary | 48 |
| Section 7.30 | Non-Assignment of Benefits | 48 |
| Section 7.31 | Payments to Minors | 49 |
| ARTICLE 8. | OPTIONAL FORMS OF PENSION PAYMENT | 49 |
| Section 8.01 | General | 49 |
| Section 8.02 | Joint and Survivor Options | 50 |
| Section 8.03 | Social Security (Level Income) Option | 52 |
| Section 8.04 | Combined Level Income and Joint and Survivor Option | 52 |
| Section 8.05 | Ten Year Certain Option | 53 |
| Section 8.06 | Lump Sum Payment Option | 53 |
| Section 8.07 | Benefit Payment Restrictions | 54 |
| Section 8.08 | Trustee-to-Trustee Transfers - Rollovers | 58 |
| ARTICLE 9. | CLAIMS PROCEDURE & BENEFIT PAYMENTS | 60 |
| Section 9.01 | Application | 60 |
| Section 9.02 | Partial Pension - Application Procedure | 60 |
| Section 9.03 | Information and Proof | 60 |
| Section 9.04 | Trustee Discretion and Authority | 60 |
| Section 9.05 | Initial Claim Determination | 61 |
| Section 9.06 | Request for Review | 61 |
| Section 9.07 | Decision on Review | 61 |
| Section 9.08 | Administrative Delay | 62 |
| Section 9.09 | No Rights to Assets | 62 |
| ARTICLE 10. | FUNDING | 62 |
| Section 10.01 | Funding Policy | 62 |
| Section 10.02 | Trust for Participants | 62 |
| Section 10.03 | Investments | 62 |
| Section 10.04 | Source of Benefit Payments | 63 |
| Section 10.05 | Expenses | 63 |
| Section 10.06 | Non-Reversion | 63 |
| Section 10.07 | Employer Contributions | 63 |
| Section 10.08 | Irrevocability of Contributions | 63 |
| Section 10.09 | Qualified Military Service Contributions | 63 |

Section 10.10  Return of Mistaken Contributions ................................................................. 64
Section 10.11  Delinquent Employers .................................................................................... 64
Section 10.12  Collection of Delinquent Contributions ........................................................... 65

ARTICLE 11.    CONTRIBUTING EMPLOYER WITHDRAWAL ................................... 66

Section 11.01  Employer Withdrawal - In General ................................................................. 66
Section 11.02  Control Group Employer - Definition ............................................................. 66
Section 11.03  Construction Industry Employers - Definition ................................................ 66
Section 11.04  Complete Withdrawal - Defined ..................................................................... 66
Section 11.05  Partial Withdrawal - Defined .......................................................................... 67
Section 11.06  Unfunded Vested Liability .............................................................................. 67
Section 11.07  Title IV Vested Benefits ................................................................................. 67
Section 11.08  Initial Unfunded Vested Liability ................................................................... 68
Section 11.09  Annual Change in Unfunded Vested Liability ................................................ 68
Section 11.10  Reallocated Liability ....................................................................................... 68
Section 11.11  Mergers ........................................................................................................... 69
Section 11.12  Amount of Control Group Employer Liability for Complete Withdrawal ..... 69
Section 11.13  Employer Proportionate Share of Initial Unfunded Vested Liability ............. 70
Section 11.14  Employer Proportionate Share of Annual Changes in Unfunded Vested Liability ........................ 70
Section 11.15  Apportionment Base Period ............................................................................ 71
Section 11.16  Base Period Employer Contributions ............................................................. 71
Section 11.17  Pre-1980 Terminated Unit Contributions ....................................................... 72
Section 11.18  Employer Proportionate Share of Annual Charges for Reallocated Liability ................. 72
Section 11.19  Transfers of Liability ...................................................................................... 72
Section 11.20  De Minimis Reduction .................................................................................... 73
Section 11.21  20-Year Payment Limitation .......................................................................... 73
Section 11.22  Insolvency Reduction ..................................................................................... 73
Section 11.23  Partial Withdrawal Liability - Amount ........................................................... 73
Section 11.24  Payment of Withdrawal Liability ................................................................... 73
Section 11.25  Notice and Collection of Withdrawal Liability .............................................. 74
Section 11.26  Withdrawal Liability Review ......................................................................... 74
Section 11.27  Withdrawal Liability Arbitration .................................................................... 75
Section 11.28  Withdrawal Liability Default .......................................................................... 75
Section 11.29  Withdrawal Liability Collection Litigation .................................................... 75
Section 11.30  Withdrawal Liability Abatement – Construction Industry Employers ........... 76
Section 11.31  Withdrawal Liability Abatement – Other Employers ..................................... 76
Section 11.32  Mass Withdrawal ............................................................................................ 76

ARTICLE 12.    TAX RULES AND AFFILIATED EMPLOYERS ......................................... 76

Section 12.01  Non-Discrimination ........................................................................................ 76
Section 12.02  Affiliated Employer Participation ................................................................... 77
Section 12.03  Conditional Adoption ..................................................................................... 77
Section 12.04  General Affiliated Employer Rules ................................................................ 77
Section 12.05  Limitation Employer ....................................................................................... 78
Section 12.06  Top-Heavy Requirements ............................................................................... 78
Section 12.07  Maximum Benefit Limit ................................................................................. 80
Section 12.08  Defined Benefit Plan Limit ............................................................................. 80
Section 12.09  Section 415 Aggregation ................................................................................ 82
Section 12.10  Maximum Benefits Coordination ................................................................... 82
Section 12.11  Restricted (High-25) Employees .................................................................... 82

ARTICLE 13.    DEFINITIONS ................................................................................................. 83

b) The Trustees may delegate or assign responsibility for investment (including acquisition and disposition of assets) to an Investment Manager on the written acknowledgment of the Investment Manager of its status as a fiduciary with respect to a Plan.

*Section 10.04  Source of Benefit Payments*

Plan assets will be the sole source for the payment of benefits under the Plan. This Plan has been established on the basis of an actuarial calculation that has established, to the extent possible, that the contributions will, if continued, be sufficient to maintain the Plan on a permanent basis, and fulfill the funding requirements of ERISA.

*Section 10.05  Expenses.*

All expenses of establishing, administering and terminating the Plan and Trust with respect to the Plan will be paid from Plan assets.

*Section 10.06  Non-Reversion.*

It is expressly understood that in no event shall any of the assets of the Plan revert to the employers or be subject to any claims of any kind or nature by the Employers.

*Section 10.07  Employer Contributions.*

An Employer will pay contributions to the Plan or Trust, for allocation to the Plan as directed by the Trustees, as required by law, a Collective Bargaining Agreement, a Participation Agreement or the Trust Agreement and pay interest, liquidated damages and costs of collection (including audit and attorney fees) as required by the Collective Bargaining Agreement, Participation Agreement, Trust Agreement or law.

*Section 10.08  Irrevocability of Contributions*

Contributions to the Trust or Plan are irrevocable. The Employers will have no right, title or interest in contributions once paid to the Plan or Trust and no Plan assets will revert to the Employers. The Trustees may return amounts paid by an Employer due to a mistake of fact, payments conditioned on qualification of the Plan or deductibility of a payment and correct any excess contributions (as defined in IRC 4972) as provided by law.

*Section 10.09  Qualified Military Service Contributions*

(a) In accordance with applicable federal law, the Trustees may charge an Employer for contributions (without interest) with respect to Qualified Military Service after October 12, 1994 upon a timely return to work with the Employers under the Plan.

(b) Absent other resolution of the Trustees, the charge will equal

 (1) the current contribution rate(s) for similarly-situated active Eligible Employees during the period of Qualified Military Service, multiplied by

 (2) average contributory hours for the Employee during a period, equal to the lesser of a period equal to the term of Qualified Military Service or twelve (12) months before the Qualified Military Service began.

(c) Absent other resolution of the Trustees, the charge shall be allocated to Employers as follows.

 (1) Contributions for Qualified Military Service of less than thirty (30) days will be charged to the last Employer before Qualified Military Service began.

 (2) Contributions for longer Qualified Military Service will be charged in proportion to an Employee's Hours of Service in Covered Employment with each Employer in the twelve (12) month period before Qualified Military Service began. Contributions chargeable to an Employer which are not collectible will be reallocated as if the Employee had no Hours of Service in Covered Employment with the uncollectible Employer.

*Section 10.10 Return of Mistaken Contributions*

(a) The Trustees may return amounts erroneously paid to the Trust as allowed by law.

(b) A contribution or withdrawal liability payment made by reason of a mistake of fact or law, other than a mistake relating to the qualification of a Plan under IRC 401 or the exemption of the Trust from tax under IRC 501(a), may be returned within six (6) months after a determination of a mistake by the Trustees.

(c) A contribution which is conditioned on initial qualification of a Plan may be returned within one (1) year after an adverse determination, provided an application for determination is filed by the time prescribed for filing the Employer's return for the taxable year in which the Plan was adopted.

(d) A contribution, which is conditioned on deductibility under IRC 404, may be returned (to the extent disallowed) within one (1) year after disallowance.

*Section 10.11 Delinquent Employers*

(a) The Trustees may terminate a person or organization as an Employer if the person or organization files to make contributions for more than 90 days after the due date. The action of the Trustees may create a Complete Withdrawal or Partial Withdrawal from the Plan by the Employer.

(b) To once again become an Employer, the person or organization must post a bond in the amount of twice the delinquency and pay all current and delinquent contributions within three

months of the posting of the bond. If the Employer fails to do so, the bond shall be forfeited and the Employer will not be permitted to resume status as an Employer.

(c) If the Employer satisfies the foregoing conditions and once again is allowed to participate on that basis, the bond will be returned if reports and contributions remain current for a period of one year following reinstatement.

(d) The Trustees and the Union retain the right to enforce payment of delinquencies in accordance with other provisions of this Plan, the Trust Agreement, the applicable Collective Bargaining Agreement or Participation Agreement and applicable law.

*Section 10.12  Collection of Delinquent Contributions*

(a) In the case of a Contributing Employer that fails to make the contributions to the Plan for which it is obligated, in accordance with the terms and conditions of a collective bargaining agreement, the Trustees may bring an action on behalf of the Plan pursuant to ERISA 502(g)(2) to enforce the Contributing Employer's obligation.

(b) In any such action in which judgment is awarded in favor of the Plan, the Contributing Employer shall pay to the Plan, in accordance with the court's award:

    (1)    the unpaid contributions,

    (2)    interest on the unpaid contributions, determined at the rate for underpayment of federal income taxes under IRC 6621

    (3)    liquidated damages equal to the greater of

        (A)    the amount of interest charged on the unpaid contributions, or

        (B)    20 percent of the unpaid contributions,

    (4)    reasonable attorneys' fees and costs of the action, and

    (5)    such other legal or equitable relief as the court deems appropriate.

(c) Nothing in this section shall be construed as a waiver or limitation on the rights or ability of the Plan, Trustees or Union to enforce a Contributing Employer's contribution obligation in any other type of proceeding.

# AMENDMENT TO THE
# INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN
(as restated effective January 1, 1999)

Major Topic:          Title to Plan Assets

General Effective Date:    January 1, 2004

The undersigned, pursuant to authorization of the Trustees of the International Painters and Allied Trades Industry Pension Fund, approve and ratify the following changes to the International Painters and Allied Trades Industry Pension Plan, as amended and restated as of January 1, 1999 and amended to date, ("Plan") and amend the Plan accordingly as set forth herein.

WHEREAS, the Trustees desire to amend the Plan to clarify that assets of the Plan or Trust include contributions that are due and payable by Employers as well as contributions that have been paid to the Plan or Trust, and

WHEREAS, the full board of Trustees has authorized the Co-Chairman to execute an amendment to reflect discussion and changes approved by the full board.

THEREFORE, the Plan shall be amended, effective on or after January 1, 2004 unless otherwise provided by the amendment or applicable law, in the following manner.

Amend *Section 10.08 (Irrevocability of Contributions)* to read as follows (amended language is in bold italics):

> Contributions *by Employers* to the Trust or Plan *are plan assets and* are irrevocable. The Employers will have no right, title or interest in contributions once paid to the Plan or Trust *or in contributions owed to the Trust or Plan in accordance with a collective bargaining agreement, the Trust Agreement, a Participation Agreement or applicable law but not yet paid* and no Plan assets will revert to the Employers. The Trustees may return amounts paid by an Employer due to a mistake of fact, payments conditioned on qualification of the Plan or deductibility of a payment and correct any excess contributions (as defined in IRC

2882-1

4972) as provided by law.

Witness our signatures, pursuant to authority granted by the full Board of Trustees, to memorialize our action and the prior resolutions of the Trustees to amend and restate the Plan.

| EMPLOYER TRUSTEES | UNION TRUSTEES |
|---|---|
| By: _____ <br> Ralph A. Trallo, Co-Chair | By: _____ <br> James A. Williams, Co-Chair |
| Date: October 14, 2003 | Date: October 14, 2003 |

22882-1

2