

**OFFICE OF GARY J. MEYERS, FUND ADMINISTRATOR**    202 l 783 l 4884    FAX 202 l 393 l 6475

UNITED UNIONS BUILDING · 1750 NEW YORK AVENUE, N.W. · SUITE 501 · WASHINGTON, DC 20006-5301

anuary 31, 2006

Mr. Pete Topaskopic            Code: A-1877
Mr. Elias Kasantairs            LU #: 6/93/249/438/476/841/P01275/BR0004
Allstate Painting & Contr. Co.
256 Industrial Parkway
Brunswick, OH 44212

Dear Pete and Elias:

Your company, Elias Kasantairs (hereinafter "the Company"), is delinquent in contributions to the International Painters and Allied Trades Industry Pension Fund (hereinafter "the Fund") in principal of $20,661.89, less the credit for DC12 of $3,265.00 for the April 2005 reports received in error, and $384.12 in interest assessed through February 15, 2006 for the period of June 2005 through November 2005, for a total of $17,781.01.

Solely in consideration of the fact that if the Company is required to pay the full delinquency immediately it would endanger the financial stability of the Company, and hence the livelihood and pension credits and benefits of the participating employees, the Trustees of the Fund have agreed to permit you to follow the time payment plan outlined in this Promissory Note.

.     The total principal amount as set forth above, and interest accruing, amortized at six (6%) percent per annum, must be paid in full no later than October 15, 2006.

.     The principal and interest shall be paid at the rate of $2,025.39 **(to be overnighted)** per month, for 9 months, payable with each current remittance report submitted hereafter, or in any month in which a remittance report is not submitted, by the 15th of that month, until the entire debt has been paid.

.     The attached worksheet, marked Exhibit A, and incorporated herein by reference as though fully written herein, sets forth the total principal debt including interest, the required monthly payments, and their respective due dates. The Company agrees that Exhibit A represents the correct amounts owed this Fund.

4.     The Company agrees that current remittance reports for all Union jurisdictions will be filed and contributions paid in the manner and within the time required by the Trustees of this Fund. If any further delinquency occurs from this date forward, either as to the debt previously incurred, or as to current payments, such delinquency will be deemed a breach of this agreement and the entire debt, including any amounts conditionally waived, will be due immediately. In that event, appropriate action may be immediately undertaken by the Trustees of the Fund or the Local Union or District Council involved, in accordance with the terms of the applicable Collective Bargaining Agreement and with the Agreement and Declaration of Trust.



EXHIBIT

3

Allstate Painting & Contr. Co.
January 31, 2006
Page Two

**Promissory Note**

4. For this agreement to take effect and if the Company agrees to these terms, <u>an authorized representative of the Company **must sign the agreement in the presence of a notary and return the original agreement by,**</u> February 10, 2006, **along with one of the following:** (1) a bond in the amount of the note, with the Pension Fund as the sole payee, (2) Assignment of Claims on a current job project, and proof of the assignment, (3) a **signed** personal guarantee, or (4) an irrevocable letter of credit from your bank.

5. The first installment of $2,025.39 must reach the Fund Office no later than, February 15, 2006 along with the current reports and contributions as defined on "Exhibit A."

6. Although the Fund Administrator, Gary J. Meyers, has signed this Promissory Note, the Company understands the terms of the Note are ineffective unless each item referenced in paragraph five is provided to the Fund Office.

Sincerely,

*Gary J. Meyers*

Fund Administrator

The undersigned warrants and represents that he or she is a duly authorized representative of the Company, with full authority to bind the Company to this agreement. The undersigned and the Company agree that the foregoing constitutes a binding agreement between the Fund and the Company.

Signature: X _____
                          Authorized Representative

Printed Name of Authorized Representative: ELIAS KARANIKAS

Title: PRESIDENT

S.S.#: 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

Company Name: ALLSTATE PAINTING & CONTRACTING

Sworn and subscribed to before me on this ____14TH____ FEBRUARY day of, 200 6 .

_____
NOTARY PUBLIC

My commission expires _____ **JIM VOIKLIS**
                          Notary Public, State of Ohio, Cuy. Cty
                          My commission expires Mar. 12, 2006

llstate Painting & Contr. Co.
muary 31, 2006
age Three

**PERSONAL GUARANTEE**
**Promissory Note**

I _ECIAS KARAVINALS_, have read and understand the foregoing agreement. In consideration of the consent by the Fund to the agreement, I personally guarantee the payments that the Company has agreed to make, and agree as follows:

    1.    If the Company fails to comply with the agreement at any time, I will pay all contributions, delinquencies, and amounts specified in the agreement, that the Company owes to the Fund, within ten (10) days after receipt of a written demand for payment by the Fund. Delivery by first class mail to the following address shall be conclusive proof, though not the only means of proving my receipt of a written demand:

The address to which notice should be sent:

_1156  INDUSTRIAL PKWY_

_BRUNSWICK,  OHIO  44212_

    2.    The Fund may demand payment from me at any time after a failure of compliance by the Company with this agreement, and I waive any defense of un-timeliness or dilatoriness against a demand for payment by the Fund.

    3.    If I fail to pay on the terms set out here, I shall be liable under the same terms, and to the same extent, as the Company and my liability shall include the contractual and statutory liabilities of the Company.

Signature: _X_____

Printed Name of Personal Guarantor: _ECIAS  KARAVINALS_

Home Address of Personal Guarantor: _13339  MAPLE BROOKE_

_STRONGSVILLE  OHIO  44136_

Home Telephone Number of Personal Guarantor: _(216) 244-1803_

Cell Phone # and Fax # of Personal Guarantor: _(216) 244-1803_

Relationship of Personal Guarantor to the Company: _OWNER_

Social Security Number of Personal Guarantor: _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_

Sworn and subscribed to before me on this _14TH_ day of _FEBRUARY_, 200 _6_.

_____
NOTARY PUBLIC

My commission expires _____ JIM VOIKLIS
Notary Public, State of Ohio, Cuy. Cty
My commission expires Mar. 12, 2006

**EXHIBIT**



**OFFICE OF GARY J. MEYERS, FUND ADMINISTRATOR**    202 I 783 I 4884    FAX 202 I 393 I 6475
UNITED UNIONS BUILDING • 1750 NEW YORK AVENUE, N.W. • SUITE 501 • WASHINGTON, DC 20006-5301

February 17, 2006

Mr. Elias Kafantaris                                          Code:  A-1877
All State Painting & Contr. Co.                              LU #:  DC0006
P. O. Box 369
1256 Industrial Parkway
Brunswick, OH  44212

Dear Mr. Kafantaris:

Your company, All State Painting & Contr. Co. (hereinafter "the Company"), is delinquent in contributions to the International Painters and Allied Trades Industry Pension Fund and the District Council 6 Trust Funds (hereinafter "the Fund") in principal of $48,870.32, and $984.89 in interest assessed through February 28, 2006 for the period of September and November 2005 owed the IUPAT Pension Fund, $2,665.13 in interest owed the District Council 6 Trust Funds along with $3,893.16 in liquidated damages owed the District Council 6 Trust Funds, for a total of $55,428.61.

Solely in consideration of the fact that if the Company is required to pay the full delinquency immediately it would endanger the financial stability of the Company, and hence the livelihood and pension credits and benefits of the participating employees, the Trustees of the Fund have agreed to permit you to follow the time payment plan outlined in this Promissory Note.

1.      The total principal amount as set forth above, and interest accruing, amortized at six (6%) percent per annum, must be paid in full no later than October 15, 2006.

2.      The principal and interest shall be paid at the rate of $6,313.73 **(to be overnighted)** per month, for 9 months, payable with each current remittance report submitted hereafter, or in any month in which a remittance report is not submitted, by the 15th of that month, until the entire debt has been paid.

3.      The attached worksheet, marked Exhibit A, and incorporated herein by reference as though fully written herein, sets forth the total principal debt including interest, the required monthly payments, and their respective due dates.  The Company agrees that Exhibit A represents the correct amounts owed this Fund.

4.   The Company agrees that current remittance reports for all Union jurisdictions will be filed and contributions paid in the manner and within the time required by the Trustees of this Fund.  If any further delinquency occurs from this date forward, either as to the debt previously incurred, or as to current payments, such delinquency will be deemed a breach of this agreement and the entire debt, including any amounts conditionally waived, will be due immediately.  In that event, appropriate action may be immediately undertaken by the Trustees of the Fund or the Local Union or District Council involved, in accordance with the terms of the applicable Collective Bargaining Agreement and with the Agreement and Declaration of Trust.

EXHIBIT
5

All State Painting & Contr. Co.
February 17, 2006
Page Two

**Promissory Note**

4.  For this agreement to take effect and if the Company agrees to these terms, <u>an authorized representative of the Company</u> **must sign the agreement in the presence of a notary and return the original agreement by,** February 28, 2006, along with **one of the following:** (1) a bond in the amount of the note, with the Pension Fund as the sole payee, (2) Assignment of Claims on a current job project, and proof of the assignment, (3) a <u>signed</u> personal guarantee, or (4) an irrevocable letter of credit from your bank.

5.  The first installment of $6,313.73 must reach the District Council 6 Trust Funds Office no later than, February 28, 2006 along with the current reports and contributions as defined on "Exhibit A."

6.  Although the Fund Administrator, Gary J. Meyers, has signed this Promissory Note, the Company understands the terms of the Note are ineffective unless each item referenced in paragraph five is provided to the Fund Office.

Sincerely,

*Gary J. Meyers*

Fund Administrator

The undersigned warrants and represents that he or she is a duly authorized representative of the Company, with full authority to bind the Company to this agreement. The undersigned and the Company agree that the foregoing constitutes a binding agreement between the Fund and the Company.

Signature X _____
                              Authorized Representative

Printed Name of Authorized Representative: _ELIAS KAFANDARIS_

Title: _PRESIDENT_

S.S.#: _279 - 56 - 5734_

Company Name: _ALLSTATE PAINTING & CONTRACTING_

Sworn and subscribed to before me on this _March 3rd_ day of, 200_6_.

*Kari J. Kanicki*
NOTARY PUBLIC

My commission expires _____

**KARI J. KANICKI**
**NOTARY PUBLIC**
**STATE OF OHIO**
Recorded in
Cuyahoga County
My Comm. Exp. 1/22/11

All State Painting & Contr. Co.
February 17, 2006
Page Three

### PERSONAL GUARANTEE
#### Promissory Note

I, _ELIAS KARANINRIS_ , have read and understand the foregoing agreement. In consideration of the consent by the Fund to the agreement, I personally guarantee the payments that the Company has agreed to make, and agree as follows:

　　1.　　If the Company fails to comply with the agreement at any time, I will pay all contributions, delinquencies, and amounts specified in the agreement, that the Company owes to the Fund, within ten (10) days after receipt of a written demand for payment by the Fund. Delivery by first class mail to the following address shall be conclusive proof, though not the only means of proving my receipt of a written demand:

The address to which notice should be sent:

_1256 INASMIAC PKWY_

_BRUNSWICK OHIO 4442_

　　2.　　The Fund may demand payment from me at any time after a failure of compliance by the Company with this agreement, and I waive any defense of un-timeliness or dilatoriness against a demand for payment by the Fund.

　　3.　　If I fail to pay on the terms set out here, I shall be liable under the same terms, and to the same extent, as the Company and my liability shall include the contractual and statutory liabilities of the Company.

Signature: _x [signature]_

Printed Name of Personal Guarantor: _ELIAS KARANINRIS_

Home Address of Personal Guarantor: _13334 MAPLE BROOK_

_STRONGSVILLE OHIO 44136_

Home Telephone Number of Personal Guarantor: _(216) 244-1803_

Cell Phone # and Fax # of Personal Guarantor: _(216) 244-1803_

Relationship of Personal Guarantor to the Company: _OWNER_

Social Security Number of Personal Guarantor: _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_

Sworn and subscribed to before me on this _3rd_ day of _MARCH_, 200 _6_ .

_[signature]_
NOTARY PUBLIC

My commission expires _____

NOTARIAL SEAL
STATE OF OHIO

KARI J. KANICKI
NOTARY PUBLIC
STATE OF OHIO
Recorded in
Cuyahoga County
My Comm. Exp. 1/22/11

EXHIBIT
6