# RETURN OF SERVICE

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

Case No. 1:06CV01211(RBW)

vs

ALLSTATE PAINTING & CONTRACTING CO., et al.

**SERVICE OF PROCESS ON:** Allstate Painting & Contracting Co., f/k/a Allstate Painting & Sheeting Co.

I, George H. Veselenik, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: 07-12-06
Place of Service: **1256 Industrial Parkway, Brunswick, OH 44212**
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

___ By personally delivering them into the hands of the person being served
___ By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit:_____
_X_ By delivering to an officer or person-in-charge or managing agent whose name and title is:
   Robert F. McNeely - Controller
___ Other_____

Description of Person Receiving Documents: Male/Female  Skin Color CAC
   Hair Color Brown  Age 40 Hgt 5'8" Wgt 140

Undersigned declares under penalty of perjury that the foregoing is true and correct

_____  07-12-06
Signature of Server                Date

Sanford G. Rosenthal, Esquire
510 Walnut St, 16th Fl.
Philadelphia, PA 19106
215-351-0669