# RETURN OF SERVICE

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

Case No. 1:06CV01211(RBW)

vs

ALLSTATE PAINTING & CONTRACTING CO., et al.

**SERVICE OF PROCESS ON:** Ellias Kafantaris

I, *George H. Veselenk*, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: 07-12-06
Place of Service: **13339 Maplebrooke, Strongsville, OH 44136**
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

___ By personally delivering them into the hands of the person being served
_X_ By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit: *Wife Angie Kafantaris*
___ By delivering to an officer or person-in-charge or managing agent whose name and title is:
_____
___ Other_____

Description of Person Receiving Documents: Male/**Female** Skin Color *CuA*
Hair Color *Brown* Age *40* Hgt *5'* Wgt *130*

Undersigned declares under penalty of perjury that the foregoing is true and correct

_____  07-12-06
Signature of Server         Date

Sanford G. Rosenthal, Esquire
510 Walnut St, 16th Fl.
Philadelphia, PA 19106
215-351-0669