IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ALLSTATE PAINTING & CONTRACTING CO. ) <br> f/k/a Allstate Painting & Sheeting Co. *et al.* ) <br> ) <br> Defendants ) | CIVIL ACTION NO. 06-1211 (RBW) |

**REQUEST TO CLERK TO ENTER DEFAULT**
**PURSUANT TO FED. R. CIV. PRO. 55(a)**

You will please enter a default on Defendants, Allstate Painting & Contracting Co. f/k/a Allstate Painting & Sheeting Co. and Elias Kafantaris for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Sanford G. Rosenthal.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY:/s/     Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE
(I.D. NO. 478737)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611
Attorney for Plaintiff

Date: August 2, 2006

170715-1