IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 06-1211 (RBW) |
| v. | ) ) ) | |
| ALLSTATE PAINTING & CONTRACTING CO. f/k/a Allstate Painting & Sheeting Co. *et al.* | ) ) ) | |
| Defendants | ) | |

### **DECLARATION OF SANFORD G. ROSENTHAL FOR ENTRY OF DEFAULT**

I, Sanford G. Rosenthal, Esquire, declares as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action was served on the Defendant, Allstate Painting & Contracting Co. f/k/a Allstate Painting & Sheeting Co. ("Company"), by George H. Veselenik, Process Server, who personally served Robert F. McNeely, Controller and a person authorized to accept service on behalf of the Company, at 1256 Industrial Parkway, Brunswick, OH 44212 on July 12, 2006. In addition, the Complaint and Summons in this action was served on the Defendant, Elias Kafantaris, ("Individual Defendant," and together with Company, "Defendants"), by George H. Veselenik, Process Server, who personally served Angie Kafantaris, Wife of the Individual Defendant and on behalf Mr. Kafantaris at their joint residence located at 13339 Maplebrooke, Strongsville, OH 44136 on July 12, 2006. The Returns of Service have been duly docketed with the Court.

3. The time in which the Defendants may answer or otherwise move as to the Complaint has expired.

170715-1

7. Defendants have not answered or otherwise moved and the time for Defendants to answer or otherwise move has not been extended by Order of the Court.

8. Neither of the Defendants are infants or incompetent people and, as a corporation, Allstate Painting & Contracting Co. f/k/a Allstate Painting & Sheeting Co., is not in the military service. A separate Declaration is attached with respect to the individual defendant Elias Kafantaris.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: August 2, 2006

/s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL