## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the

foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by

mailing same first class mail, postage prepaid, on the date listed below to:

Allstate Painting & Contracting Co.
f/k/a Allstate Painting & Sheeting Co.
1256 Industrial Parkway
Brunswick, OH 44212

and

Elias Kafantaris
13339 Maplebrooke
Strongsville, OH 44136

/s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

DATE: August 2, 2006

170715-1