## CERTIFICATE OF SERVICE

I, KENT CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Motion

for Judgment by Default by the Court pursuant to Federal Rule of Civil Procedure 55(b)(2)

against Defendants was served by mailing same first class mail, postage prepaid, on the date

listed below to:

Allstate Painting & Contracting Co.
f/k/a Allstate Painting & Sheeting Co.
1256 Industrial Parkway
Brunswick, OH 44212

and

Elias Kafantaris
13339 Maplebrooke
Strongsville, OH 44136

s/ Kent Cprek
KENT CPREK, ESQUIRE

Date: September 12, 2006

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE
FOR VIEWEING AND DOWNLOADING FROM THE ECF SYSTEM**

172665_1.DOC