FEB-11-? 06 04:28 FROM: IUPAT PENSION         2027832597              TO:13302208240              P.2/12



OFFICE OF GARY J. MEYERS, FUND ADMINISTRATOR    202 | 783 | 4884    FAX 202 | 393 | 6475
UNITED UNIONS BUILDING • 1750 NEW YORK AVENUE, N.W. • SUITE 501 • WASHINGTON, DC 20006-5301

January 31, 2006

Mr. Pete Topaskopic                                   Code: A-1877
Mr. Elias Kasantairs                                  LU #: 6/93/249/438/476/841/P01275/BR0004
Allstate Painting & Contr. Co.
256 Industrial Parkway
Brunswick, OH 44212

Dear Pete and Elias:

Your company, Elias Kasantairs (hereinafter "the Company"), is delinquent in contributions to the International Painters and Allied Trades Industry Pension Fund (hereinafter "the Fund") in principal of $20,661.89, less the credit for DC12 of $3,265.00 for the April 2005 reports received in error, and $384.12 in interest assessed through February 15, 2006 for the period of June 2005 through November 2005, for a total of $17,781.01.

Solely in consideration of the fact that if the Company is required to pay the full delinquency immediately it would endanger the financial stability of the Company, and hence the livelihood and pension credits and benefits of the participating employees, the Trustees of the Fund have agreed to permit you to follow the time payment plan outlined in this Promissory Note.

- The total principal amount as set forth above, and interest accruing, amortized at six (6%) percent per annum, must be paid in full no later than October 15, 2006.

- The principal and interest shall be paid at the rate of $2,025.39 **(to be overnighted)** per month, for 9 months, payable with each current remittance report submitted hereafter, or in any month in which a remittance report is not submitted, by the 15th of that month, until the entire debt has been paid.

- The attached worksheet, marked Exhibit A, and incorporated herein by reference as though fully written herein, sets forth the total principal debt including interest, the required monthly payments, and their respective due dates. The Company agrees that Exhibit A represents the correct amounts owed this Fund.

4. The Company agrees that current remittance reports for all Union jurisdictions will be filed and contributions paid in the manner and within the time required by the Trustees of this Fund. If any further delinquency occurs from this date forward, either as to the debt previously incurred, or as to current payments, such delinquency will be deemed a breach of this agreement and the entire debt, including any amounts conditionally waived, will be due immediately. In that event, appropriate action may be immediately undertaken by the Trustees of the Fund or the Local Union or District Council involved, in accordance with the terms of the applicable Collective Bargaining Agreement and with the Agreement and Declaration of Trust.


EXHIBIT 3

Allstate Painting & Contr. Co.
January 31, 2006
Page Two

### Promissory Note

4. For this agreement to take effect and if the Company agrees to these terms, **an authorized representative of the Company must sign the agreement in the presence of a notary and return the original agreement by,** February 10, 2006, along with one of the following: (1) a bond in the amount of the note, with the Pension Fund as the sole payee, (2) Assignment of Claims on a current job project, and proof of the assignment, (3) a **signed** personal guarantee, or (4) an irrevocable letter of credit from your bank.

5. The first installment of $2,025.39 must reach the Fund Office no later than, February 15, 2006 along with the current reports and contributions as defined on "Exhibit A."

6. Although the Fund Administrator, Gary J. Meyers, has signed this Promissory Note, the Company understands the terms of the Note are ineffective unless each item referenced in paragraph five is provided to the Fund Office.

Sincerely,

*Gary J. Meyers*

Fund Administrator

The undersigned warrants and represents that he or she is a duly authorized representative of the Company, with full authority to bind the Company to this agreement. The undersigned and the Company agree that the foregoing constitutes a binding agreement between the Fund and the Company.

Signature: X_____
                    Authorized Representative

Printed Name of Authorized Representative: ELIAS KARANIKOLIS

Title: PRESIDENT

S.S.#: 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

Company Name: ALLSTATE PAINTING & CONTRACTING

Sworn and subscribed to before me on this 14TH day of, FEBRUARY 2006.

_____
NOTARY PUBLIC

My commission expires _____ JIM VOIKLIS
Notary Public, State of Ohio, Cuy. Cty
My commission expires Mar. 12, 2006

llstate Painting & Contr. Co.
nuary 31, 2006
age Three

## PERSONAL GUARANTEE
### Promissory Note

I, _ECIAS KARAVMMIS_, have read and understand the foregoing agreement. In consideration of the consent by the Fund to the agreement, I personally guarantee the payments that the Company has agreed to make, and agree as follows:

    1.    If the Company fails to comply with the agreement at any time, I will pay all contributions, delinquencies, and amounts specified in the agreement, that the Company owes to the Fund, within ten (10) days after receipt of a written demand for payment by the Fund. Delivery by first class mail to the following address shall be conclusive proof, though not the only means of proving my receipt of a written demand:

The address to which notice should be sent:

_1156 INDUSTRIAL PKWY_

_BRUNSWICK, OHIO 44212_

    2.    The Fund may demand payment from me at any time after a failure of compliance by the Company with this agreement, and I waive any defense of un-timeliness or dilatoriness against a demand for payment by the Fund.

    3.    If I fail to pay on the terms set out here, I shall be liable under the same terms, and to the same extent, as the Company and my liability shall include the contractual and statutory liabilities of the Company.

Signature: X _[signature]_

Printed Name of Personal Guarantor: _ECIAS KARAVMMIS_

Home Address of Personal Guarantor: _13339 MAPLE BROOKE_

_STRONGSVILLE OHIO 44136_

Home Telephone Number of Personal Guarantor: _(216) 244-1803_

Cell Phone # and Fax # of Personal Guarantor: _(216) 244-1803_

Relationship of Personal Guarantor to the Company: _OWNER_

Social Security Number of Personal Guarantor: _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_

Sworn and subscribed to before me on this _14th_ day of _FEBRUARY_, 200_6_.

_[signature]_
NOTARY PUBLIC

My commission expires _____ JIM VOIKLIS
Notary Public, State of Ohio, Cuy. Ct.
My commission expires Mar. 12, 2006

Allstate Painting & Contr. Co.
January 31, 2006
Page Four

## EXHIBIT A
## PROMISSORY NOTE

**NOTE:** *All installment payments and remittance reports and contributions under this Promissory Note Agreement must be* **overnighted** *directly to:*

IUPAT INDUSTRY PENSION FUND
1750 NEW YORK AVENUE, N.W., SUITE 501
WASHINGTON, DC 20006-5301

| Payment # | Amount Due | Current Reports, with Contributions Due | Date Due |
|---|---|---|---|
| 1. | $2,025.39 ✓ stb 2/16/06 | January 2006  Nones | February 15, 2006 |
| 2. | $2,025.39 ✓ stb 4/1/06 | February 2006  None | March 15, 2006 |
| 3. | $2,025.39 | March 2006 | April 15, 2006 |
| 4. | $2,025.39 | April 2006 | May 15, 2006 |
| 5. | $2,025.39 | May 2006 | June 15, 2006 |
| 6. | $2,025.39 | June 2006 | July 15, 2006 |
| 7. | $2,025.39 | July 2006 | August 15, 2006 |
| 8. | $2,025.39 | August 2006 | September 15, 2006 |
| 9. | $2,025.39 | September 2006 | October 15, 2006 |

* **Please sign the Promissory Note along with the Personal Guarantee and remit to the Fund Office by February 10, 2006 along with $131.38 in late charges which were previously assessed.**