IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 06-1211 (RBW) |
| v. | ) ) | |
| ALLSTATE PAINTING & CONTRACTING CO. f/k/a Allstate Painting & Sheeting Co. *et al.* | ) ) ) | |
| Defendants | ) ) | |

### JENNINGS SIGMOND, P.C. September 2006 ATTORNEYS' FEES

| Date | Attorney | Task | Time |
|---|---|---|---|
| 9/19/06 | JLT | Preparation of Correspondence to P. Gilbert<br>Review of Docket | 0.3 |
| 9/21/06 | JLT | Preparation of Correspondence to P. Gilbert<br>Review of Correspondence from P. Gilbert | 0.2 |
| 9/25/06 | JLT | Review of Clerk's Entry of Default<br>Preparation of Default Motion;<br>Review of Correspondence from P. Gilbert | 5.2 |
| 9/26/06 | JLT | Review and Revision of Default Motion;<br>Phone Conference with T. Montemore (x3)<br>Review of Collective Bargaining Agreements | 6.1 |
| 9/27/06 | JLT | Review and Revision of Default Motion<br>Preparation of Correspondence to P. Gilbert<br>Review of Correspondence from P. Gilbert | 0.7 |
| 9/28/06 | JLT | Calculation of Attorneys' Fees and Cost<br>Preparation of Supporting Affidavits<br>Preparation of Correspondence to T. Montemore | 0.8 |
| | | TOTAL | 13.3 |

September 2006 Summary
JLT   13.3 Hrs. x $200         = $ 2,660.00
         6/06-8/06 Fees         = $ 1,624.00
         6/06-8/06 Costs        = $    695.06

         **Grand Total**    = $ 4,979.06

172665_1.DOC



Report ID: OT2025 - 7437
Wednesday, September 27, 2006

# Jennings Sigmond, P.C.
## Time And Expense Details

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 28104 | Allstate Painting & Contractin | Sigmond, Richard B. |

Beginning To End

Printed By  MHT
Page 1

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 6/23/2006 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Correspondence from Fund regarding New Delinquency Case |
| 6/27/2006 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Documents<br>Preparation of Litigation Memo |
| 6/28/2006 | JLT | 0.70 | 0.70 | 200.00 | $140.00 | | | Review of Collective Bargaining Agreement<br>Review of Correspondence from Fund<br>Memo to File<br>Review of File<br>Review of Correspondence from P. Gilbert<br>Computer Research Regarding Company Status<br>D&B |
| 6/29/2006 | JLT | 2.10 | 2.10 | 200.00 | $420.00 | | | Preparation of Complaint |
| 6/29/2006 | SGR | 0.30 | 0.30 | 200.00 | $60.00 | | | Review and Revision of Complaint |
| 6/30/2006 | SGR | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Correspondence from P. Gilbert (2x) |
| 7/5/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Summons and Complaint |
| 7/10/2006 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | | Review of Correspondence from P. Gilbert (x4) |
| 7/20/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Preparation of Memo regarding Litigation Status |
| 7/24/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Affidavits of Service (x2) |
| 7/25/2006 | CTM | 0.80 | 0.80 | 70.00 | $56.00 | | | Preparation of Affidavit of Service for Electronic Court Filing and Filing Same (x2)<br>Letter to Company regarding Same |
| 7/31/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Preparation of 55(a)<br>Review of Docket |
| 8/1/2006 | JLT | 0.10 | 0.10 | 200.00 | $20.00 | | | Review of Docket |
| 8/7/2006 | JLT | 0.30 | 0.30 | 200.00 | $60.00 | | | Review of correspondence from P. Gilbert regarding bounced checks |
| 8/8/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Preparation of correspondence to P. Gilbert<br>Review of Electronic Court Documents regarding Default Entry |
| 8/16/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Phone Conference with R. McNeeley<br>Review of correspondence from T. Montemore (2)<br>Preparation of correspondence to T. Montemore (3) |
| 8/18/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of correspondence from P. Gilbert (4) |
| 8/21/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of correspondence from P. Gilbert (2) |
| 8/24/2006 | JLT | 0.30 | 0.30 | 200.00 | $60.00 | | | Review of correspondence from T. Montemore<br>Review of Report |
| **Totals** | | **8.90** | **8.90** | | **$1,624.00** | | | |

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|

# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID: OT2025 - 7437
Wednesday, September 27, 2006

Printed By  MHT
Page  2

Beginning To End

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 6/28/2006 | $350.00 | 7100 | Filing Fee (Complaint) |
| 6/29/2006 | $21.49 | COPY | Photocopies |
| 6/29/2006 | $4.76 | COPY | Photocopies |
| 7/1/2006 | $13.36 | SD | Special Delivery |
| 7/6/2006 | $21.00 | COPY | Photocopies |
| 7/10/2006 | $72.90 | CRDB | Computer Research - Dun & Bradstreet |
| 7/10/2006 | $6.99 | PO | Postage Charges |
| 7/10/2006 | $14.56 | PO | Postage Charges |
| 7/27/2006 | $190.00 | 7100 | Service Fee |

**Billed Expenses Totals**  $695.06

### Report Totals

| Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|
| 8.90 | 8.90 | $1,624.00 | $695.06 | $2,319.06 |

*** End Of Report ***