**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

INTERNATIONAL PAINTERS AND ALLIED )
TRADES INDUSTRY PENSION FUND, )

       Plaintiff, )

     v. )       Civil Action No. 06-1211 (RBW)

ALLSTATE PAINTING AND )
 CONTRACTING CO, et al., )

       Defendant. )
_____ )

**ORDER TO SHOW CAUSE**

On June 30, 2006, the plaintiff filed a complaint bringing this action under the Employee

Retirement Security Income Act of 1974, 29 U.S.C. §§ 1001 et seq., and seeking monetary and

injunctive relief.  The defendant did not file a response to the complaint, and on August 2, 2006,

upon application by the plaintiff, the Clerk of the Court declared the defendant to be in default.

On September 28, 2006, the plaintiff filed a motion for the entry of default judgment.  The

defendant has not responded to this motion. Accordingly, it is hereby

**ORDERED** that the defendant shall, by January 19, 2007, show cause why the Court

should not treat the plaintiff's motion as conceded and enter default judgment in favor of the

plaintiff.  Failure to respond to this order will result in the plaintiff's motion being granted.

**SO ORDERED** this 5th day of January, 2007.

REGGIE B. WALTON
United States District Judge