UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
INTERNATIONAL PAINTERS AND ALLIED      )
TRADES INDUSTRY PENSION FUND,          )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )    Civil Action No. 06-1211 (RBW)
                                       )
ALLSTATE PAINTING AND                  )
 CONTRACTING CO, et al.,               )
                                       )
            Defendant.                 )
                                       )
_____)


**ORDER**

On June 30, 2006, the plaintiff filed a complaint bringing this action under the Employee Retirement Security Income Act of 1974, 29 U.S.C. §§ 1001 et seq., and seeking monetary and injunctive relief.  The defendant did not file a response to the complaint, and on August 2, 2006, upon application by the plaintiff, the Clerk of the Court declared the defendant to be in default. On September 28, 2006, the plaintiff filed a motion for the entry of default judgment.  On January 5, 2007, the Court ordered the defendant to show cause by January 19, 2007, why it should not treat the plaintiff's motion as conceded and enter default judgment in favor of the plaintiff.[1]  The Court further warned that failure to respond to its order to show cause would result in the plaintiff's motion being granted.   The defendant has not responded to the Court's order. Accordingly, it is hereby

---

[1] Under Local Civil Rule 7(b), "[w]ithin 11 days of the date of service [of a party's motion] . . . an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion.  If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded."  LCvR 7(b).

**ORDERED** that the plaintiff's motion for entry of default judgment is GRANTED. An order and judgment detailing the extent of the monetary and injunctive relief being awarded to the plaintiff follows this order. It is further

**ORDERED** that this case is CLOSED.

**SO ORDERED** this 6th day of February, 2007.

REGGIE B. WALTON  
United States District Judge